PROB 12C
(6/16)

Report Date: August 14, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Taqiuddin Ibn Khalid          Case Number: 0980 2:17CR00086-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 9, 2018

| | |
|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d) and 5871 |
| Original Sentence: | Prison - 27 months    Type of Supervision: Supervised Release  <br>TSR - 36 months |
| Asst. U.S. Attorney: | Patrick J. Cashman    Date Supervision Commenced: March 12, 2019 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: March 11, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: On August 12, 2019, Mr. Khalid traveled outside the federal judicial district where he is authorized to reside without first getting permission. |
| | On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements. |
| | On August 12, 2019, an officer with the Portland Police Bureau contacted the U.S. Probation Office and advised that Mr. Khalid had been contacted during a traffic stop in Portland, Oregon. During that stop, law enforcement officers located approximately 20 pounds of marijuana and a stolen firearm in the vehicle. |
| | This officer was unaware that the individual under supervision was in Oregon. Mr. Khalid did not submit any requests for travel, and the undersigned officer has not issued him a travel pass authorizing travel to Oregon. |

Prob12C
**Re: Khalid, Taqiuddin Ibn**
**August 14, 2019**
**Page 2**

On August 13, 2019, this officer received a text message from Mr. Khalid which read simply: "I had a run in with the police. In Portland." Attempts to contact the offender regarding that text, the first call being made just 14 minutes after the text message was received, have been unsuccessful. Mr. Khalid's whereabouts are currently unknown.

2   **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: On August 12, 2019, Mr. Khalid was in the company of a convicted felon without first obtaining permission.

On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On August 13, 2019, the undersigned officer received a copy of the Portland Police Bureau's report (Case # GO 42 2019-275612) detailing the traffic stop in which Mr. Khalid was involved on August 12, 2019. According to that report, the offender was a passenger in the vehicle which was being driven by Justin Clayton Lane. The report further states that a records check of Mr. Lane indicated to Portland Police officers that he was a convicted felon, who had been to federal prison for a drug conviction.

A records check of Justin Clayton Lane later confirmed he was sentenced to 28 months jail, followed by a 3-year term of supervision, for conspiracy to distribute controlled substances on April 30, 2012. Mr. Khalid has never requested authorization to associate with Mr. Lane, nor was he approved to do so by this officer.

3   **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 12, 2019, Mr. Khalid was found in possession of a glass methamphetamine pipe with methamphetamine residue on it.

On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On August 12, 2019, during a traffic stop conducted by the Portland Police Bureau, a black backpack sitting next to the offender at the time of the stop was searched. According to the police report (Case # GO 42 2019-275612) this officer received, the police officer was "searching the vehicle and came upon a black backpack that had been sitting next to Khalid. I searched the backpack and found a glass methamphetamine pipe with methamphetamine residue inside of it." Mr. Khalid confirmed for officers that the black backpack belonged to him, which is also included in the report.

Prob12C
Re: Khalid, Taqiuddin Ibn
August 14, 2019
Page 3

This officer has attempted to contact Mr. Khalid to have him report for random urinalysis testing to test for the presence of methamphetamine in his system on August 13, and 14, 2019, but all attempts to contact him have been unsuccessful. Mr. Khalid's whereabouts are currently unknown to this officer.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 14, 2019

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/15/2019

Date