PROB 12C
(6/16)

Report Date: January 27, 2020

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Taqiuddin Ibn Khalid       Case Number: 0980 2:17CR00086-WFN-1

Address of Offender:                          Spokane Valley, Washington 99016

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 9, 2018

Original Offense:      Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d) and 5871

Original Sentence:     Prison - 27 months          Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Patrick J. Cashman         Date Supervision Commenced: March 12, 2019

Defense Attorney:      Andrea George             Date Supervision Expires: March 11, 2022

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 08/15/2019.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number       Nature of Noncompliance

4                      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                       **Supporting Evidence**: On December 27, 2019, Mr. Khalid submitted to random urinalysis testing and provided a urine sample that was positive for methamphetamine.

                       On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

                       On January 8, 2020, the undersigned officer received notification from Pioneer Human Services (PHS) that Mr. Khalid had submitted to random urinalysis testing on December 27, 2019, when his assigned color was identified.  According to the information received, Mr. Khalid submitted a urine sample that was presumptive positive for methamphetamine.  On January 8, 2020, the laboratory confirmed that the sample was positive for amphetamine and methamphetamine.

**Prob12C**
**Re: Khalid, Taqiuddin Ibn**
**January 27, 2020**
**Page 2**

On January 14, 2020, the offender reported to the U.S. Probation Office to meet with this officer regarding the information received from PHS.  Mr. Khalid insisted he had not consumed methamphetamine and he signed a denial of use form confirming that denial.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/27/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

1/28/2020

Date