PROB 12C
(6/16)

Report Date: March 11, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Taqiuddin Ibn Khalid    Case Number: 0980 2:17CR00086-WFN-1

Address of Offender:    Spokane Valley, Washington 99016

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 9, 2018

Original Offense:    Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d) and 5871

Original Sentence:    Prison - 27 months    Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Patrick J. Cashman    Date Supervision Commenced: March 12, 2019

Defense Attorney:    Andrea George    Date Supervision Expires: March 11, 2022

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/15/2019 and 01/27/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On February 27 and March 2, 2020, Taqiuddin Khalid failed to report for substance abuse treatment.

On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

On February 28, 2020, the undersigned officer received notification from Pioneer Human Services (PHS) that the offender failed to report for group treatment and phase urinalysis testing on February 27, 2020.  Based on the information provided by PHS, this officer was able to verify that neither they, nor this officer, had excused Mr. Khalid's absence.

Prob12C
**Re: Khalid, Taqiuddin Ibn**
**March 11, 2020**
**Page 2**

On February 28, 2020, this officer attempted to discuss Mr. Khalid's failure to report for treatment and he was instructed to report to the U.S. Probation Office, however, he failed to report.

On March 2, 2020, the offender finally reported to the U.S. Probation Office. He insisted he had been unable to report for treatment because his truck broke down on the drive from Idaho back to Spokane for treatment.

Later that evening, the undersigned officer received notification from PHS that the offender had again failed to report for treatment.

6   **Special Condition #5:** You must abstain from the use of illegal controlled substance, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 27, 2020, Taqiuddin Khalid failed to report for phase urinalysis testing when his assigned color was identified.

On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On February 28, 2020, this officer received notification from PHS that Mr. Khalid failed to report for phase urinalysis testing on February 27, 2020, when his assigned color was identified for testing.

On February 28, 2020, this officer attempted to discuss his failure to report for random urinalysis testing and Mr. Khalid was instructed to report to the U.S. Probation Office on that date, however, he failed to report.

7   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On February 28, 2020, Taqiuddin Khalid failed to report to the U.S. Probation Office as instructed by this officer.

On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On February 28, 2020, the undersigned officer received notification from PHS that the offender failed to report for group treatment and phase urinalysis testing on February 27, 2020. In response, at approximately 8:54 a.m., this officer tried calling the offender to instruct him to report to the U.S. Probation Office by 1 p.m. that afternoon. Mr. Khalid did not answer his phone so this officer left a voice message and then sent him a text message reiterating he needed to report by 1 p.m. to discuss his failure to report for treatment and to submit to urinalysis testing.

Prob12C
**Re: Khalid, Taqiuddin Ibn
March 11, 2020
Page 3**

Mr. Khalid responded to this officer, via text message, at approximately 1:17 p.m. stating he was at work. This officer subsequently responded offering to postpone his report time to 4:30 p.m., however, Mr. Khalid did not respond to this officer or report to the U.S. Probation Office as instructed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/11/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

3/12/2020

Date