PROB 12C
(6/16)

Report Date: September 11, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Taqiuddin Ibn Khalid                Case Number: 0980 2:17CR00086-WFN-1

Address of Offender:                                  Spokane Valley, Washington 99016

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 9, 2018

| | |
|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d) and 5871 |
| Original Sentence: | Prison - 27 months    Type of Supervision: Supervised Release |
| | TSR - 36 months |
| Asst. U.S. Attorney: | Patrick J. Cashman    Date Supervision Commenced: March 12, 2019 |
| Defense Attorney: | Andrea George    Date Supervision Expires: March 11, 2022 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/15/2019, 01/27/2020 and 03/11/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Taqiuddin Khalid violated special condition number 5 of his supervised release by failing to submit to phase urinalysis testing when his assigned color was identified for testing on August 10, 2020. |
| | On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements. |
| | On August 10, 2020, after regular business hours, the offender sent the undersigned officer a text message that read: "Not able to provide for UA at Pioneer. Arrived at 5:04 and tried twice before 5:30 when they close down." |
| | On August 11, 2020, Pioneer Human Services (PHS) confirmed for this officer that Mr. Khalid was considered a "stall" on August 10, 2020, because he failed to provide an adequate urine sample within the allotted time. |

9  **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Taqiuddin Khalid violated special condition number 5 of his supervised release by providing a urine sample that tested presumptive positive for methamphetamine August 11, 2020.

On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On August 11, 2020, this officer contacted the offender and instructed him to report to PHS for random urinalysis testing that same date after being notified he had "stalled" the day prior, August 10, 2020.

On August 11, 2020, Mr. Khalid reported to PHS for random urinalysis testing and provided a urine sample that tested presumptive positive for methamphetamine. The offender contacted the undersigned officer after submitting to testing and admitted to the use of methamphetamine on or about August 10, 2020.

10  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Taqiuddin Khalid violated mandatory condition number 1 of his supervised release by driving a motor vehicle without a valid driver's license on September 10, 2020.

On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 10, 2020, this officer was contacted by an officer with the Liberty Lake Police Department (LLPD). The officer advised he had pulled the offender over for multiple vehicle equipment violations. After running the vehicles license plates, the officer discovered the vehicle was registered to Taqiuddin Khalid, whose license is currently suspended. The undersigned officer was informed that Mr. Khalid was cited, but the offender has not yet contacted this officer to report his law enforcement contact.

11  **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Taqiuddin Khalid violated mandatory condition number 2 of his supervised release by driving a motor vehicle that was found to contain methamphetamine, suboxone pills, and other drug-related paraphernalia on September 10, 2020.

On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

Prob12C
**Re: Khalid, Taqiuddin Ibn**
**September 11, 2020**
**Page 3**

On September 10, 2020, this officer was contacted by an officer with LLPD. Although the contact with the offender was initially a traffic-related stop, the officer noted it took the offender "a little while" to pull over and when Mr. Khalid did finally pull over, he was described as being "very nervous."

The undersigned officer was informed by the LLPD officer that drug paraphernalia in plain sight led them to impound the offender's vehicle and request a search warrant. A search warrant was executed on the vehicle on September 10, 2020, and methamphetamine, suboxone pills, other drug-related paraphernalia, and a loaded firearm were located in the search.

12    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: It is alleged that Taqiuddin Khalid violated standard condition number 10 of his supervised release by driving a motor vehicle that was found to contain a loaded firearm in close proximity to where the offender was located, on September 10, 2020.

On March 13, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Khalid, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 10, 2020, this officer was contacted by an officer with LLPD. Although the contact with the offender was initially a traffic-related stop, the officer noted it took the offender "a little while" to pull over and when Mr. Khalid did finally pull over, he was described as being "very nervous."

The undersigned officer was informed by the LLPD officer that drug paraphernalia in plain sight led them to impound the offender's vehicle and request a search warrant. A search warrant was executed on the vehicle on September 10, 2020, and methamphetamine, suboxone pills, other drug-related paraphernalia, and a loaded firearm were located in the search.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/11/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Khalid, Taqiuddin Ibn**
**September 11, 2020**
Page 4

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

9/11/2020

Date